BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MOSES ZAPIEN,<br><br>               Defendant. | 1:11-CR-00259-AWI<br><br>PRELIMINARY ORDER OF FORFEITURE |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Moses Zapien, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    1.    Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Moses Zapien's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.    all ammunition and firearm magazines seized in this case.

    2.    The above-listed property constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(9).

///

1        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2   designee) shall be authorized to seize the above-listed property.
3   The aforementioned property shall be seized and held by the Bureau of
4   Alcohol, Tobacco, Firearms and Explosives in their secure custody and
5   control.
6        4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
7   § 853(n), and Local Rule 171, the United States shall publish notice
8   of the order of forfeiture.  Notice of this Order and notice of the
9   Attorney General's (or a designee's) intent to dispose of the
10  property in such manner as the Attorney General may direct shall be
11  posted for at least 30 consecutive days on the official internet
12  government forfeiture site www.forfeiture.gov.  The United States may
13  also, to the extent practicable, provide direct written notice to any
14  person known to have alleged an interest in the property that is the
15  subject of the order of forfeiture as a substitute for published
16  notice as to those persons so notified.
17            b.   This notice shall state that any person, other than
18  the defendant, asserting a legal interest in the above-listed
19  property, must file a petition with the Court within sixty (60) days
20  from the first day of publication of the Notice of Forfeiture posted
21  on the official government forfeiture site, or within thirty (30)
22  days from receipt of direct written notice, whichever is earlier.
23       5.   If a petition is timely filed, upon adjudication of all
24  third-party interests, if any, this Court will enter a Final Order of
25  ///
26  ///
27  ///
28  ///

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     October 24, 2011              /s/ signature
                                     CHIEF UNITED STATES DISTRICT JUDGE