BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00259-AWI |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| MOSES ZAPIEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

WHEREAS, on October 25, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Moses Zapien, in the following property:

    a.    All ammunition and firearm magazines seized in this case.

AND WHEREAS, beginning on June 16, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days

1 from the first day of publication of the notice for a hearing to
2 adjudicate the validity of their alleged legal interest in the
3 forfeited property;
4    AND WHEREAS, the Court has been advised that no third party has
5 filed a claim to the subject property and the time for any person or
6 entity to file a claim has expired.
7    Accordingly, it is hereby ORDERED and ADJUDGED:
8    1.   A Final Order of Forfeiture is hereby entered forfeiting to
9 the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C.
11 § 2461(c), to be disposed of according to law, including all right,
12 title, and interest of Moses Zapien.
13    2.   All right, title, and interest in the above-listed property
14 shall vest solely in the name of the United States of America.
15    3.   The United States Marshals Service shall maintain custody
16 of and control over the subject property until it is disposed of
17 according to law.

IT IS SO ORDERED.

Dated:  January 27, 2012      _____
                              CHIEF UNITED STATES DISTRICT JUDGE